UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE ABEL,

    Plaintiff,

v.                                          CASE NO: 2:10-cv-566-FtM-UA-DNF

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

    This cause is before the Court on the Report and Recommendation of United States District Judge Douglas N. Frazier recommending that the decision of Defendant denying Plaintiff's application for a period of disability, disability insurance benefits, and Supplement Security Income benefits be affirmed.[1] Plaintiff has filed an objection to which Defendant has responded.[2] The Court has undertaken a *de novo* review of the record in conjunction with the specific objections lodged by Plaintiff to the Report and Recommendation — that the magistrate judge improperly upheld the administrative law judge's consideration of Plaintiff's mental impairment and tinnitus as not severe and that her composite job of office worker and data entry clerk, which she performed as past

---

    [1]  See docket 24.

    [2]  See dockets 25 and 26.

relevant work, is incompatible with the RFC[3] for light work— as required by Eleventh Circuit precedent.[4] After doing so, the Court is of the opinion that the Report and Recommendation is due to be adopted, confirmed, and approved in all respects because Plaintiff's objections have no merit in the face of the record and Defendant's decision is supported by substantial evidence.

Accordingly, it is ordered and adjudged as follows:

(1) The Report and Recommendation of the magistrate judge (Dkt. 24) is adopted, confirmed, and approved in all respects and made a part of this order for all purposes, including appellate review.

(2) Defendant's decision is affirmed.

(3) The Clerk is directed to enter judgment for Defendant and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 5, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record

---

[3] RFC is residual functional capacity.

[4] See <u>Macort v. Prem, Inc.</u>, 208 Fed.Appx. 781, 784 (11th Cir. 2006) (unpublished) (stating that "[w]here a proper, specific objection to the magistrate judge's report and recommendation is made, it is clear that the district court must conduct a de novo review of the issue.") (citing <u>Stokes v. Singletary</u>, 952 F.2d 1567, 1576 (11th Cir. 1992)).